UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

Jeruscha Toussaint Arias  Plaintiff,

vs.                                    Case No. 2:25-14141

Social Security Disability, Defendant(s)

FILED BY __SCA__ D.C.

JUN 06 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Motion For Referral To Volunteer Attorney Program

I, Jeruscha Toussaint Arias, am a pro se party representing myself in this case, and have requested authorization to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: /s/
Printed name: Jeruscha Toussaint Arias
Address: 5835 NW Lomb Ct
Port Saint Lucie FL, 34986

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other] on [date] on all counsel or parties of record on the Service List below.

Signature: _____
Printed name: _____

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant